IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Darlene Ruff, | : |
| Plaintiff, | : Civil Action 2:07-cv-292 |
| v. | : Judge Sargus |
| Wal-Mart Stores East, LP, et al., | : Magistrate Judge Abel |
| Defendants. | : |

## Order

Plaintiff, Darlene Ruff, brings this action against Defendants after an alleged explosion of a VCR/television combination, which she claims to have purchased from Wal-Mart. This matter is before the Court on Magistrate Judge Abel's November 17, 2007, Report and Recommendation (doc. 17) that Plaintiff's motion to remand to the Court of Common Pleas, Franklin County, Ohio, be denied. No objection has been filed.

Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the Magistrate Judge's October 17, 2007, Report and Recommendation.

11-28-2007

Edmund A. Sargus, Jr.
United States District Judge