IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARLENE RUFF,

    Plaintiff,

vs.

Case No. C2-07-292
Judge Edmund A. Sargus, Jr.
Magistrate Judge Mark R. Abel

WAL-MART STORES EAST, LLP,
et al.,
    Defendants.

## ORDER

On November 24, 2009, the parties participated in a settlement conference. As a result of these negotiations, the parties have reached a full compromise. Accordingly, the parties are **DIRECTED** to submit an appropriate dismissal entry within **TWENTY-ONE (21) DAYS** of the date of this Order.

**IT IS SO ORDERED.**

11-24-2009
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE