IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| DARLENE RUFF | ) | CASE NO: 2:07CV292 |
|---|---|---|
| Plaintiff | ) ) | JUDGE EDMUND A. SARGUS, JR. |
| v. | ) ) ) | |
| WAL-MART STORES EAST, LP, et al. | ) ) | **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| Defendants | ) | |

All claims are dismissed with prejudice, each party to bear their own costs.

                                      s/ Stanley B. Dritz (per consent on 01/14/10)
                                      **STANLEY B. DRITZ (0031395)**
                                      **Attorney for Plaintiff**


                                      s/ Paul J. Schumacher
                                      **PAUL J. SCHUMACHER (0014370)**
                                      **Attorney for Defendants**

IT IS SO ORDERED:

_____ 2-1-2010
**JUDGE EDMUND A. SARGUS, JR.**